SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

Filed 3/7/2008
Clerk, U. S. District Court
Western District of Texas
By
Deputy

UNITED STATES OF AMERICA
V.

GEORGE AUTOBEE

**CRIMINAL COMPLAINT**

CASE NUMBER: SA-08-178M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 7, 2008, in the Western District of Texas, the defendant did unlawfully, knowingly and intentionally attempt to possess with intent to distribute a controlled substance, which offense involved a quantity of methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and in violation of Title 21, United States Code, Section 846. I further state that I am a DEA Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof: _X_ Yes ___No

RICHARD SANCHEZ, DEA

Sworn to before me and subscribed in my presence on this the 7th day of March, 2008, at San Antonio, Texas.

JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

RICHARD SANCHEZ, BEING DULY SWORN, DEPOSES AND SAYS:

1. I am a Special Agent for the United States Drug Enforcement Administration (DEA), San Antonio (Texas) Division Office. I have been so employed since November of 2003. I have been assigned to the San Antonio District Office of the Drug Enforcement Administration since February of 2008. Prior to that, I was a certified peace officer in and for the State of Texas and employed by the Texas Department of Public Safety for approximately seven years, first as a Texas Highway Patrol Trooper and later as a narcotics investigator with the DPS Narcotics Service with the rank of Sergeant. I have been assigned previous investigations of violations of the drug laws of the United States inclusive of violations of Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 846, Title 21, United States Code, Section 848, and Title 21, United States Code, Section 843(b). By virtue of my employment with the DEA, I am authorized to conduct investigations into violations of the Controlled Substances Act. In doing so, I have conducted and/or participated in a variety of investigations into violations ranging from simple possession of narcotics to complex international conspiracies involving the use of wire and oral intercepts, relating to violations of the Controlled Substances Act. In connection with my duties as a law enforcement officer, I have testified in judicial proceedings and prosecutions. I have previously on a number of

occasions been the affiant on affidavits in support of federal warrants. I have also received training in the investigation of drug trafficking organizations, and have been provided with information concerning the normal patterns and procedures through which drug trafficking organizations conduct their illegal business. I have also had discussions with federal, state and local law enforcement officers with substantial experience in the investigation of drug trafficking organizations.

2. I make this affidavit, in part, on personal knowledge derived from my participation in this and other investigations and, in part, based upon oral and written reports supplied to me by other Special Agents of the Drug Enforcement Administration; reports made available to me by other law enforcement officers; physical surveillance conducted by myself and other DEA agents and law enforcement officers; interviews with those individuals more fully described below; and from official records of both state and Federal governmental entities.

3. In late February of 2008, an individual provided information to the DEA in San Antonio that the individual had been selling quantities of methamphetamine to George Autobee, a Deputy with the Bexar County (Texas) Sheriff's Office. This individual was subsequently documented as a DEA Cooperating Source (CS). Beginning on February 28, 2008, the CS conducted several consensually monitored and recorded telephone conversations with

Autobee wherein Autobee negotiated and agreed to purchase an additional quantity of methamphetamine from the CS.

4. Arrangements were made between the CS and AUTOBEE for the CS to sell AUTOBEE two ounces of methamphetamine for the price of $1,500 per ounce. The parties agreed that AUTOBEE would pay the CS $500 when he received the methamphetamine from the CS and would pay the balance later. On the afternoon of March 7, 2008, the CS met AUTOBEE in the parking lot of the HEB at Pleasanton Road and S.W. Military in San Antonio. DEA agents on surveillance observed AUTOBEE and the CS meet outside their motor vehicles. AUTOBEE gave the CS $500 in U.S. currency. The CS delivered the currency to me where I was positioned nearby posing as the CS's source of supply. I provided the CS with approximately two ounces of crystal methamphetamine. The CS delivered the methamphetamine to AUTOBEE. Before AUTOBEE was allowed to exit the HEB parking lot, he was arrested by DEA agents. AUTOBEE'S vehicle was searched. The two ounces of methamphetamine I gave to the CS was found in the center console of the vehicle. Further, I know based upon my experience and training that this quantity of methamphetamine is consistent

with and evidences the intent to distribute.

Affiant further sayeth not.

RICHARD SANCHEZ, DEA

Subscribed and sworn to on this the 7th day of March, 2008.

JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE